Law Offices of P. Randall Noah
P. Randall Noah, SBN 136452
21 Orinda Way, Suite C, #316
Orinda, CA 94563
Tel. (925) 253-5540
Fax. (925) 253-5542
Attorney for Plaintiff, Thomas Wirth

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS WIRTH, | NO. 3:22-cv-00416 JD |
| Plaintiff, | NOTICE OF DEATH OF PARTY |
| vs. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, AECOM, | |
| Defendants. | |

**STATEMENT NOTING A PARTY'S DEATH**

In accordance with F.R.C.P. Rule 25, P. Randall Noah, attorney for Plaintiff, Thomas Wirth, notes the death of Thomas Wirth on April 5, 2022, Plaintiff in this action. A Motion for a Party Substitution of the deceased's wife, Tera Wirth, will be filed as soon as the necessary death and executor documents are received.

DATED:  May 4, 2022   Law Office of P. Randall Noah
                      By: /S/ P. Randall Noah
                      P. Randall Noah
                      Attorney for Plaintiff,
                      Thomas Wirth