Nicole Y. Blohm (Bar No. 177284)
nblohm@mmhllp.com
Grant E. Ingram (Bar No. 242785)
gingram@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
1000 Wilshire Boulevard, Suite 1860
Los Angeles, California 90017-2457
Telephone:  (213) 620-0300
Facsimile:  (213) 625-1930

Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS WIRTH, | Case No. 3:22-cv-00416-JD |
| Plaintiff, | **STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE; AND [PROPOSED] ORDER** |
| vs. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA; AECOM, | Judge:  Hon. James Donato<br>Ctrm:   11, 19th Floor |
| Defendants. | Complaint Filed:  January 21, 2022 |

IT IS HEREBY STIPULATED, by and between Plaintiff THOMAS WIRTH, Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA and Defendant AECOM, by and through their attorneys of record, that this action shall be dismissed in its entirety with prejudice as to all defendants pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.  Each party shall bear its own attorneys' fees and costs.

The Parties further stipulate and request that all dates set in this matter be vacated and taken off the Court's calendar.

/ / /

/ / /

/ / /

/ / /

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

179360.1

1

Case No. 3:22-cv-00416-JD
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE; AND [PROPOSED] ORDER

1  The Parties seek the Court's approval of the dismissal of the action with prejudice.

2  **IT IS SO STIPULATED**.

3  Dated:  September 7, 2022         P. Randall Noah
                                     Law Offices of P. Randall Noah

                                     By:  */s/ Paul Randall Noah*
                                          Paul Randall Noah
                                          Attorney for Plaintiff
                                          THOMAS WIRTH

8  **IT IS SO STIPULATED**.

9  Dated:  September 7, 2022         Nicole Y. Blohm
                                     Grant E. Ingram
                                     MESERVE, MUMPER & HUGHES LLP

                                     By:  */s/ Grant E. Ingram*
                                          Grant E. Ingram
                                          Attorneys for Defendant
                                          LIFE INSURANCE COMPANY OF
                                          NORTH AMERICA

15 **IT IS SO STIPULATED**.

16 Dated:  September 7, 2022         Dominique N. Thomas
                                     Sarah Bryan Fask
                                     Hannah M. Lindgren
                                     LITTLER MENDELSON, P.C.

                                     By:  */s/ Hannah M. Lindgren*
                                          Hannah M. Lindgren
                                          Attorney for Defendant
                                          AECOM

### Filer's Attestation - Local Rule 5-1(h)(3)

The filing attorney attests that he has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

179360.1

2

Case No.  3:22-cv-00416-JD
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE; AND [PROPOSED] ORDER

***ORDER***

Based upon the Stipulation of the Parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 3:22-cv-00416-JD, is dismissed in its entirety as to all defendants with prejudice.

IT IS HEREBY FURTHER ORDERED that all dates previously set in this matter are hereby vacated and taken off the Court's calendar.

IT IS HEREBY FURTHER ORDERED that each Party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED:**

Dated: September 16, 2022

_____
Hon. James Donato
United States District Judge